B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## District of Colorado

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **InPhase Technologies, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **a Delaware corporation** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **26-0145861** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **2000 Pike Road Longmont, CO** ZIPCODE **80501-6764** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): ZIPCODE |
| County of Residence or of the Principal Place of Business: **Boulder** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above): ZIPCODE

### Type of Debtor
(Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

### Filing Fee (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **InPhase Technologies, Inc.** |

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
Signature of Attorney for Debtor(s)         Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>InPhase Technologies, Inc. |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br>_____<br>Telephone Number (If not represented by attorney)<br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br>_____<br>Printed Name of Foreign Representative<br>_____<br>Date |
| **Signature of Attorney**<br><br>X _[signed]_____<br>Signature of Attorney for Debtor(s)<br>Joel Laufer 7728<br><br>5290 DTC Pkwy, #150<br>Englewood, CO 80111<br>(303) 830-3172  Fax: (303) 830-3135<br><br>Date  10/13/11<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer**<br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _[signed]_____<br>Signature of Authorized Individual<br>**Barton W. Stuck**<br>Printed Name of Authorized Individual<br>**Chairman Of The Board**<br>Title of Authorized Individual<br>10/13/11<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
**INPHASE TECHNOLOGIES, INC.**, )
a Delaware corporation )
)       Bankruptcy
Tax ID 26-0145861 )       Case No. 11-_____
         Debtor. )       (Chapter 11)

## CORPORATE OWNERSHIP STATEMENT

[ ]   There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interest.

[X]   The following are the Debtor's equity security holders:

| Security Holder | Percentage | Security Class |
|---|---|---|
| Signal Lake SF LLC<br>606 Post Road E, Suite 667<br>Westport, CT 06880 | 100% | Preferred Stockholder |
| See Attached | 100% | Common Stockholders |

Dated: October 13, 2011

Respectfully submitted,

By: _____
Joel Laufer, Atty. Reg. No. 07728
Attorney for Debtor
5290 DTC Parkway, Suite 150
Englewood, Colorado 80111
Telephone: (303) 830-3172
Facsimile: (303) 830-3135
Email: jl@jlrplaw.com

| Shareholder | Common Stock |
|---|---:|
| Bayer | 22,730,891 |
| Imation | 3,000,000 |
| Maxell | 24,744,055 |
| Alps | 5,793,080 |
| JAIC | 3,898,633 |
| Madison Dearborn | 5,000,000 |
| Nanotech | 8,442,690 |
| BJ Cassin | 576,490 |
| Employees * | 4,375,417 |
| Subtotal | 78,561,256 |

# CORPORATE RESOLUTION OF INPHASE TECHNOLOGIES, INC.

The undersigned, being first duly sworn upon oath deposes, and says:

That he is the Chairman of Board of Directors, and Director, of InPhase Technologies, Inc., a Delaware corporation (the "*Company*"), and that at a meeting of the Board of Directors of said Company, duly and specifically called, the following Resolutin was adopted by vote of the Directors present, without a formal meeting and without prior notice, hereby take the following actions and adopt the following resolutions by unanimous written consent, to be effective as of October 13, 2011, pursuant to the Company's Bylaws and Section 141 of the General Corporation Law of the State of Delaware ("*DGCL*"):

RESOLVED, that in the judgement of the Board of Directors, it is in the best interest of the Company, its creditors, equity holders, and other interested parties, that a Petition be filed by this Company under Chapter 11 of Title 11, United States Code, and it is

FURTHER RESOLVED, that the form of Petition presented to this meeting be, and the same hereby is approved and adopted in all respects and that the Chairman of this corporation be, and he hereby is, authorized and directed on behalf of and in the name of this Company to execute and verifysuch Petition and to cause the same to be filed with the United States Bankruptcy Court for the District of Colorado, and it is

FURTHER RESOLVED, that the Chairman of the Company be, and he hereby is, authorized to take any and all action which he deems necessary or proper in connection with such bankruptcy proceedings and to retain and employ all legal counsel and professionals which he may deem necessary or proper.

Dated this 13th day of October, 2011

InPhase Technologies, Inc.

*[signature]* 13 Oct 04 2011

Barton W. Stuck
Chairman, InPhase Technologies Inc.

STATE OF CONNECTICUT ) 
                     )ss  Westport
COUNTY OF FAIRFIELD  )

Subscribed and sworn to before me by Barton W.Stuck, Chairman, Board of Directors of InPhase Technologies, Inc., this 13th day of October 2011.

Witness my hand and official seal:

*[signature]*
Notary Public

My commission expires: 3/31/2013

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# District of Colorado

IN RE:   Case No.

InPhase Technologies, Inc.   Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
| --- | --- | --- | --- | --- |
| | | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation][or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: October 13, 2011   Signature: *Bart W Stuck  13 oct 2011*

Barton W. Stuck, Chairman Of The Board

(Print Name and Title)

InPhase 20 Largest Creditors

| CREDITOR | AMOUNT | STREET ADDRESS | CITY, STATE, ZIP | PHONE NUMBER |
|---|---|---|---|---|
| Morrison & Foerster LLP | $422,987.81 | 370 17th Street, #5200 | Denver, CO 80202-5675 | 303-592-1500 |
| Vedder Price PC | $357,352.00 | 875 15th Street NW #725 | Washington, DC 20005-2243 | 212-312-3380 |
| Nelson Diaz | $300,000.00 | 1931 Emerald | Longmont, CO 80504-7777 | 720-839-4414 |
| Jagtiani & Guttag | $269,539.03 | 875 15th Street NW #725 | Washington, DC 20005-2243 | 202-312-3380 |
| Cypress Semiconductor | $237,121.00 | 198 Champion Ct | San Jose, CA 95134-1709 | 408-943-2600 |
| Mentor Graphics | $89,504.98 | 8005 SW Boeckman | Wilsonville, OR 97070-9733 | 503-685-7000 |
| CPA Global | $81,409.47 | 2318 Mill Road, 12th Floor | Alexandria, VA 22314-6833 | 703-739-2234 |
| Colorado Micro Precision LLC | $63,108.00 | 1830 Boston Ave Suite A | Longmont, CO 80501-7938 | 303-772-6209 |
| Silicon Mountain Properties | $40,000.00 | 8247 Greenwood Place | Longmont, CO 80503-7255 | 303-809-2163 |
| Asamura | $39,434.24 | 331 New Ohtemachi Bldg 2-1 Ohtemachi 2-chome | Chiyokda-ku, Tokyo, JAPAN 100-0004 | 81-3-3211-3651 |
| Kendall Koenig | $37,964.45 | 999 18th Street, Suite 1825 | Denver, CO 80202-2418 | 303-672-0100 |
| Liebmann Optical Co Inc | $30,000.00 | 1 Industrial pkwy | Easthampton, MA 01027-1164 | 561-881-7400 |
| Bayer Corporation | $28,098.82 | Communications, Bld K12 Kaiser Wilhelm Allee | Leverkusen, GERMANY 51368 | 49-214301 |
| Insight Direct USA Inc | $15,839.45 | 6820 South Harl Ave | Tempe, AZ 85283-4318 | 480-902-1000 |
| Carl Zeiss | $13,352.25 | One Zeiss Drive | Thornwood, NY 10594-1939 | 800-233-2343 |
| De Lage Landen | $13,352.25 | 1111 Old Eagle School Road | Wayne, PA 19087-1453 | 610-386-5000 |
| Nano & Micro Technology Consultants | $13,200.00 | 228 Hamilton Ave #303 | Palo Alto, CA 94301-2583 | 800-689-9301 |
| p3 Consulting LLC | $12,000.00 | 6214 Loch Raven Drive | McLean, VA 22101-3133 | 703-893-4280 |
| Coyote Cutters | $11,859.00 | 117 S Sunset Suite J | Longmont, CO 80501-6179 | 303-772-1301 |
| Research Electro Optics | $10,716.67 | 5505 Airport Blvd | Boulder, CO 80301-2316 | 303-938-1960 |
| | $2,086,839.42 | | | |

EXHIBIT A

United States Bankruptcy Court
District of Colorado

IN RE:

InPhase Technologies, Inc.
Debtor(s)

Case No.

Chapter 11

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: October 13, 2011    Signature: *Barton W. Stuck*    13 Oct 2011
Barton W. Stuck, Chairman Of The Board    Debtor

Date:    Signature:    Joint Debtor, if any

© 1992-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only