B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## District of Colorado

IN RE:                                                     Case No.

InPhase Technologies, Inc.                                 Chapter 11
                        Debtor(s)

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation][or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: October 13, 2011        Signature: /s/ Bart W Stuck    13 Oct 2011

Barton W. Stuck, Chairman Of The Board

(Print Name and Title)

InPhase 20 Largest Creditors

| CREDITOR | AMOUNT | STREET ADDRESS | CITY, STATE, ZIP | PHONE NUMBER |
|---|---|---|---|---|
| Morrison & Foerster LLP | $422,987.81 | 370 17th Street, #5200 | Denver, CO 80202-5675 | 303-592-1500 |
| Vedder Price PC | $357,352.00 | 875 15th Street NW #725 | Washington, DC 20005-2243 | 212-312-3380 |
| Nelson Diaz | $300,000.00 | 1931 Emerald | Longmont, CO 80504-7777 | 720-839-4414 |
| Jagtiani & Guttag | $269,539.03 | 875 15th Street NW #725 | Washington, DC 20005-2243 | 202-312-3380 |
| Cypress Semiconductor | $237,121.00 | 198 Champion Ct | San Jose, CA 95134-1709 | 408-943-2600 |
| Mentor Graphics | $89,504.98 | 8005 SW Boeckman | Wilsonville, OR 97070-9733 | 503-685-7000 |
| CPA Global | $81,409.47 | 2318 Mill Road, 12th Floor | Alexandria, VA 22314-6833 | 703-739-2234 |
| Colorado Micro Precision LLC | $63,108.00 | 1830 Boston Ave Suite A | Longmont, CO 80501-7938 | 303-772-6209 |
| Silicon Mountain Properties | $40,000.00 | 8247 Greenwood Place | Longmont, CO 80503-7255 | 303-809-2163 |
| Asamura | $39,434.24 | 331 New Ohtemachi Bldg 2-1 Ohtemachi 2-chome | Chiyokda-ku, Tokyo, JAPAN 100-0004 | 81-3-3211-3651 |
| Kendall Koenig | $37,964.45 | 999 18th Street, Suite 1825 | Denver, CO 80202-2418 | 303-672-0100 |
| Liebmann Optical Co Inc | $30,000.00 | 1 Industrial pkwy | Easthampton, MA 01027-1164 | 561-881-7400 |
| Bayer Corporation | $28,098.82 | Communications, Bld K12 Kaiser Wilhelm Allee | Leverkusen, GERMANY 51368 | 49-214301 |
| Insight Direct USA Inc | $15,839.45 | 6820 South Harl Ave | Tempe, AZ 85283-4318 | 480-902-1000 |
| Carl Zeiss | $13,352.25 | One Zeiss Drive | Thornwood, NY 10594-1939 | 800-233-2343 |
| De Lage Landen | $13,352.25 | 1111 Old Eagle School Road | Wayne, PA 19087-1453 | 610-386-5000 |
| Nano & Micro Technology Consultants | $13,200.00 | 228 Hamilton Ave #303 | Palo Alto, CA 94301-2583 | 800-689-9301 |
| P3 Consulting LLC | $12,000.00 | 6214 Loch Raven Drive | McLean, VA 22101-3133 | 703-893-4280 |
| Coyote Cutters | $11,859.00 | 117 S Sunset Suite J | Longmont, CO 80501-6179 | 303-772-1301 |
| Research Electro Optics | $10,716.67 | 5505 Airport Blvd | Boulder, CO 80301-2316 | 303-938-1960 |
| | $2,086,839.42 | | | |

EXHIBIT A